UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAVAUGHN CAMPBELL,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendants.

20-cr-0367 (NSR)

23-cv-8908 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

On June 5, 2023, Defendant Lavaughn Campbell mailed a motion to the United States Court of Appeals for the Second Circuit seeking permission to file a second or successive motion pursuant to 28 U.S.C. § 2255 challenging his 2021 criminal conviction. On July 5, 2023, the Second Circuit denied that motion as unnecessary—because Defendant had not previously filed a Section 2255 motion—and ordered the proceeding transferred to this Court, and on September 11, 2023, the mandate issued. (ECF Nos. 78, 79.) On December 14, 2023, the Government timely filed its opposition to Defendant's motion. (ECF No. 82.)

According to the Bureau of Prisons ("BOP"), Defendant has not been in BOP custody as of July 19, 2024.[1] Accordingly, Defendant's motion is DENIED as moot in light of Defendant's release from BOP custody. The Clerk of Court is directed to terminate the motion at ECF No. 80.

SO ORDERED:

Dated: August 10, 2026
White Plains, New York

NELSON S. ROMÁN
United States District Judge

[1] According to BOP's Inmate Locator webpage, Defendant Lavaughn Campbell, Register Number: 67551-054, has not been in BOP custody as of July 19, 2024. BOP, Inmate Locator, https://www.bop.gov/inmateloc/ (last accessed: Aug 10, 2026).